IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § |
| v. | §  CASE NO. 1:23-CR-00045-MJT § |
| NAOMI ANN PEREZ | § § § § |

**ORDER ADOPTING THE MAGISTRATE JUDGE'S**
**<u>REPORT AND RECOMMENDATION</u>**

The Court referred a petition alleging violations of supervised release conditions to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Court has received and considered the Report of the United States Magistrate Judge filed pursuant to such order, along with the record, pleadings and all available evidence.

At the close of the revocation hearing, U.S. Magistrate Judge Christine L. Stetson recommended:

1. that the Court find that the Defendant violated the first allegation in the petition that she failed to follow a standard condition of release;

2. revoking the Defendant's supervised release pursuant to 18 U.S.C. § 3583; and

3. the Defendant should be sentenced to a term of 10 months' imprisonment with no supervised release to follow. His term of imprisonment should be served at the Federal Correctional Institution in Bryan, Texas, if the Bureau of Prisons can accommodate such request.

At the close of the revocation hearing, the Defendant, defense counsel and counsel for the Government each signed a standard form waiving their right to object to the proposed findings and recommendations contained in the magistrate judge's report, consenting to revocation of

1

supervised release and imposition of the sentence recommended. The Defendant also waived his right to be present with counsel and to speak at sentencing before the Court imposes the recommended sentence.

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is ADOPTED. It is therefore

ORDERED and ADJUDGED that the petition is GRANTED and Naomi Ann Perez's supervised release is REVOKED.

Judgment and commitment will be entered separately, in accordance with the magistrate judge's recommendations.

**SIGNED this 3rd day of January, 2024.**

*[signature]*

Michael J. Truncale
United States District Judge